UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>BRENDAN A. HURSON<br>UNITED STATES MAGISTRATE JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0782<br>MDD_BAHChambers@mdd.uscourts.gov |

June 15, 2022

LETTER ORDER

RE: *United States v. Tyrik Braxton*
Criminal Case No.: CCB-21-0494

Dear Counsel:

This matter was referred to me by Judge Blake for an attorney inquiry hearing, which I held today. For the reasons stated on the record during the sealed hearing, I relieved Mr. Buie of his appointment in this case, and I ordered the appointment of new counsel.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/

Brendan A. Hurson
United States Magistrate Judge