**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No. JRR-21-0494** |
| **JOURDAIN LAROSE** | * | |

**NOTICE OF INTENT TO CALL MITIGATION WITNESS AT SENTENCING**

Jourdain Larose, through undersigned counsel, hereby gives notice of his intent to call his mother, Nadege Larose, as a mitigation witness at sentencing.  Ms. Larose will testify about her son's early life, his relationship with her and his father, his experiences as a child in school and sports, the 2010 earthquake in Haiti and its impact on Mr. Larose and their family, and Mr. Larose as a father to two young boys.  Ms. Larose will also testify about Mr. Larose's remorse and acceptance of responsibility for his conduct in this case.  Undersigned counsel estimates that Ms. Larose's testimony will last no more than a half hour.  In total, undersigned counsel estimates that the entire sentencing hearing will last 1-1.5 hours.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

_____/s/_____
SHARI SILVER DERROW
ELIZABETH LOPEZ
Assistant Federal Public Defenders
100 South Charles Street
Tower II, Ninth Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-0872
Email: shari_derrow@fd.org
        elizabeth_lopez@fd.org